## SYLVESTER v. FLEMING.

*Appeal from Delaware District Court—Friday, October 6.*

EVIDENCE: HUSBAND AND WIFE: CASE FOLLOWED.

THE decision of the court was announced by—

WRIGHT, Ch. J.—The ruling in this case, in the court below, as to the competency of the witness, William Sylvester (husband of plaintiff), is in accordance with the opinion of this court in *Russ* v. *Steamboat War Eagle*, 14 Iowa, 364, which has been followed by a majority of the court in the cases of *Morris* v. *Sargent*, 18 Iowa, 90; *Blake* v. *Graves*, Id., 312; and *Jordan* v. *Stephenson, ante;* and is, therefore,

Affirmed.

DILLON, J., dissenting.